PASSAIC PLUMBING SUPPLY COMPANY et al., complainants,

v.

EASTSIDE HOLDING CORPORATION, defendant.

[Decided May 19th, 1930.]

*Messrs. Hood, Lafferty & Campbell,* for the appellant.

*Messrs. Mendelsohn & Mendelsohn, Mr. George Wenger* and *Mr. Edmund G. Stalter,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *105 N. J. Eq. 485.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, MCGLENNON, KAYS, DEAR, JJ. 12.

*For reversal*—None.